IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDDY A. MARTINEZ, A/K/A FREDY
A. MARTINEZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 69596

FILED

MAR 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant filed notices of appeal on January 12, 2016, and February 1, 2016. No appealable orders were designated in the notices of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Kathleen E. Delaney, District Judge
Freddy A. Martinez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-07880